**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number 16-CV-23918-UU

ANDRES GOMEZ,

    Plaintiff,

v.

HERMES OF PARIS, INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

    Plaintiff, Andres Gomez, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

    Respectfully submitted on this 23rd day of September, 2016.

                                     *s/ Scott R. Dinin*
                                     Scott R. Dinin
                                     SCOTT R. DININ P.A.
                                     4200 NW 7th Avenue
                                     Miami, Florida 33127
                                     Telephone: (786) 431-1333
                                     Facsimile: (786) 513-7700
                                     Email: inbox@dininlaw.com
                                     *Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 23rd day of September, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, and a copy sent via e-mail to:

Allan H. Weitzman
Proskauer
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
Tel: 561.995.4760
E-mail: aweitzman@proskauer.com
*Counsel for Defendant*

*s/ Scott R. Dinin*