UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-23918-UU

ANDRES GOMEZ,

    Plaintiff,

v.

HERMES OF PARIS, INC.,

    Defendant.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this _23d_ day of September, 2016.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf